IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.  3:07cr62-1 TSL-LRA

STACY LYNN BRYANT

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States

Attorney for the Southern District of Mississippi hereby requests, with leave of this Court, the

dismissal of all remaining counts of the Criminal Indictment against the defendant, STACY

LYNN BRYANT, without prejudice.


                                        DUNN LAMPTON
                                        United States Attorney

Date: <u>May 9, 2008</u>            By:    <u>*/S/ Gerald M. Abdalla, Jr.*</u>
                                        GERALD M. ABDALLA, JR.
                                        Assistant U. S. Attorney
                                        Mississippi Bar No. 101213



Leave of Court is granted for the filing of the foregoing dismissal of Counts 2-12.

ORDERED this 9th  day of  May,  2008.


                                        /s/Tom S. Lee_____
                                        UNITED STATES DISTRICT JUDGE